Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Kern, an individual; and Lydia Anne Koch p/k/a Lydia Lunch, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Enfants Riches Déprimés, LLC, a Delaware limited liability company; Grailed, Inc., a Delaware corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.: <br><br> **PLAINTIFFS' COMPLAINT FOR:** <br> 1) **COPYRIGHT INFRINGEMENT;** <br> 2) **VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT; AND** <br> 3) **VIOLATION OF DMCA 17 U.S.C. § 1202** <br><br> <u>Jury Trial Demanded</u> |

Plaintiffs Lydia Anne Koch and Richard Kern, by and through their undersigned attorneys, hereby pray to this honorable Court for relief based on the following:

## **JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b) as well as diversity jurisdiction under 28 U.S.C. § 1332.

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## **PARTIES**

4. Plaintiff, Richard Kern ("Kern"), is an individual residing in New York, New York.

5. Plaintiff, Lydia Anne Koch, professionally known as Lydia Lunch ("Lunch") (together with Kern, "Plaintiffs"), is an individual residing in Brooklyn, New York.

6. Defendant Enfants Riches Déprimés, LLC ("ERD") is a Delaware limited liability company, with its primary place of business located at 2432 E 8th Street, Los Angeles, California 90021, and is the owner and operator of the website www.EnfantsRichesDeprimes.com.

7. Defendant Grailed, Inc. doing business as GRAILED ("Grailed") is a Delaware corporation with its primary place of business located at 131 Spring Street, 6th Floor, New York, New York, is the owner and operator of the website www.grailed.com and is doing business in and with the state of California including in this judicial district.

8. Plaintiffs are informed and believe and thereon allege that Defendants DOES 1 through 10, inclusive (collectively with ERD and Grailed, "Defendants"),

are other parties not yet identified who have infringed Plaintiffs' copyrights, have contributed to the infringement of Plaintiffs' copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

9.     Plaintiffs are informed and believe and thereon allege that at all times relevant hereto, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiffs' rights and the damages to Plaintiffs proximately caused thereby.

## **FACTUAL BACKGROUND**

### ***Plaintiff Richard Kern***

10.     Richard Kern ("Kern") is an internationally renowned American underground filmmaker, writer, artist, and photographer. His initial breakthrough came in the late 1980s New York City underground arts and film scene with his experimental films like *The Right Side of My Brain* and *Fingered,* which featured personalities of the time such as Lydia Lunch, David Wojnarowicz, Sonic Youth, Kembra Pfahler, Karen Finley, and Henry Rollins.

11.     Kern's art career began with a series of self-produced magazines that featured art, poetry, photography, and fiction by himself and several friends. These hand-stapled and photocopied "zines" expressed the bleakness of New York City's East Village in the early 1980s. This phase of Kern's career lasted from late 1979 to around 1983. In 1985, he directed a video for the Sonic Youth song *Death Valley '69,*

this led to more music video work, including videos for King Missile for the song *Detachable Penis* and Marilyn Manson for the song *Lunchbox.* Kern has shot and directed over 20 different films and music videos and is the author of over 30 books.

12.     In the 1990s, Kern turned almost exclusively to still photography. He has frequently shot celebrity portraits for international publications. His portfolio includes photographs of Kanye West, Kim Kardashian, Nick Nolte, and many others. Since 1995 he has published over 20 different books of photography.

13.     At issue in this case is Kern's photography and specifically two stills from two of his early films. The image titled *Lung with Lizard* was taken during the filing of the movie *Submit to Me Now* (1987). The image titled *Sally Smokes* was taken during filing of the movie *The Right Side Of My Brain* (1984). Collectively the photography *Lung with Lizard* and *Sally Smokes* are defined as "Subject Photographs."

14.     Kern has widely publicly displayed and distributed the Subject Photographs, including by licensing the Subject Photographs for sale on products including garments and prints.

15.     Kern is the sole and exclusive owner of the Subject Photographs and has registered the Subject Photographs with the United States Copyright Office. True and correct reproductions of the Subject Photographs are depicted below:

///

///

///

### *Lung with Lizard*



### *Sally Smokes*



1

*Plaintiff Lydia Lunch*

16.    Lunch is an internationally renowned American singer, poet, writer, artist and actress. Her initial breakthrough came in the late 1970s New York City underground arts and music scene with her first band, Teenage Jesus and the Jerks. Her work as an actress and writer for films for legendary filmmakers Beth B and Scott B, and Kern established her as a visionary artist of the No Wave and Transgressive Cinema movements.

17.    Lunch has recorded over 80 albums, including rock, experimental music, and spoken word and has consistently toured the United States and internationally over the past 40 years performing her music and exhibiting her art. Her books have been translated into 11 different languages. Lunch is considered a major influence on the "grunge" rock music movement, and she was recently featured in *The War is Never Over*, a Beth B documentary focusing on Ms. Lunch's life and career. The film received critical praise by The New York Times, Forbes Magazine, and The Independent ("Critic's Pick").

18.    In 2022, Lunch was the third artist to be awarded the prestigious Center for Popular Music Fellowship Award from the University of Tennessee.

19.    In 1987, Lunch released a performance arts album titled *Stinkfist*, which included an original track titled *Meltdown Oratorio* performed by Lunch and for which Lunch wrote the lyrics ("Subject Lyrics").

20.    Prior to the acts complained of herein, Lunch registered *Stinkfist* and the works included on the album, including without limitation *Meltdown Oratorio* and its lyrics, with the United States Copyright Office.

21.    *Stinkfist* and *Meltdown Oratorio* have been widely disseminated through sale and streaming on major platforms such as YouTube, Amazon, Spotify, and more.

22.    A true and correct reproduction of relevant portions of the Subject Lyrics as they appear in *Meltdown Oratorio* are depicted below.

| **Subject Lyrics** |
|---|

### As Displayed on the Inside Sleeve of *Stinkfist*

MELTDOWN ■ Lyrics by LYDIA LUNCH © 1987 ■ They OUTLAWED EVERYTHIN that spelt PLEASURE ■ Didn't want you to even THINK ABOUT IT ■ Wanted you to FORGET EVERYTHING ■ About how GOOD IT FELT ■ It was all so OBVIOUS WHY ...too DANGEROUS ■ And WHAT exactly WAS GUNNA HAPPEN ■ It was EASY, SO EASY for them to INFILTRATE ■ YOU BOUGHT IT ■ YOU EAT IT ■ It wasn't met with much RESISTANCE ■ REVOLT didn't come til much, much later ■ After the DAMAGE had already been done ■ AFTER THE ACCIDENT ■ It all happened so quickly...Or did it take FOREVER...I LOST TRACK OF TIME...GOT SWALLOWED UP in the RUSH, the PUSH, the PANIC, the PAIN, the POISON ■ DYING and trying to stay alive...I'm driv- ing 365 m.p.h. into a brick abuctment...The ROAD to NOWHERE is covered with SHIT, with DRUNKS, with DRUGS with FUCK, IT SUCKS ■ I see 452 mile long forest fires that your plane crashes into at 2 in the morning...I laugh at shopping mall murders, abortion clinics, earthquakes and the PLAGUE...I'm living in a NUTHOUSE on the OUTSKIRTS of a PIGFARM ■ I was lying when I said I was lying...I'M NOT EASING INTO ANY- THING ■ I DON'T WANNA EASE IN ■ I see BOMBS BURSTING IN AIR...RIFLES RICOCHETTING OFF THE BELLIES OF PREGNANT WOMEN ... HANDICAPPED CHILDREN POISONED ON A SCHOOLBUS, CRUMBLING CITIES POLLUTED BEYOND RECOGNITION ■ CARCINOGENIC HALLUCINATIONS...TERMINATIONS ■ Where all THE KILLERS ARE HEROS, I'm the QUEEN of CRIPPLES, ONE ARMED BANDITS, ONE- EYED JACKS & DEAD CATS ■ The ambulance comes crashing into my DAYDREAMS reminding me of the way it used to be...HOW GOOD IT USED TO FEEL...HACKSAWS JIMMYING FOR POSITION...THE CRACK OF BAT AGAINST BONE ■ THE SMELL OF BURNING RUBBER, BROKEN GLASS, BLOOD, MUDSLICKS, SLAGHEAPS, BLISTER- ING FEVERS, DELIRIUM, SLOT MACHINES, SUBMACHINEGUNS ■ THE CIRCLE OF ABUSE ■ I'M FORCED INTO IT ■ I'M FORCED INTO A REAL LIVE MIND FUCK ■ I NEED IT, I NEED IT, I WANT IT ■ I'M TRAPT INSIDE THE PERFECT TORTURE CHAMBER ■ I'M THROWN INTO A MENTAL INSTITUTION FOR FAMOUS MOVIE STARS DEAD BY THE '60's...WISH YOU WERE THERE ■ WISH YOU WERE THERE ■ I WISH I WAS SOMEWHERE ELSE ■ I WISH I WAS SOMEWHERE ELSE ■ I WISH I WAS SOMEWHERE ELSE ■ STUPID PEOPLE OVERPOPULATE THIS PLACE ■ and THE STEEL WALLS COME CRASHING IN...

### Text Excerpts of Subject Lyrics

**They outlawed everything that spelled pleasure**.
**Didn't want you to even think about it.**
**Wanted you to forget everything about how good it felt.**
**It was all so obvious why...too dangerous.**
And what exactly was going to happen.
**It was easy, so easy.**
It wasn't met with much resistance.
Revolt didn't come til much, much later.
After the damage had already been done.

I see bombs bursting in air, rifles ricocheting off the bellies of pregnant women, handicapped children poisoned on a school bus, crumbling cities polluted beyond **recognition.**
**Carcinogenic hallucinations**, terminations.
Where all the killers are heroes, I'm the Queen of cripples, one armed bandits, one eyed jacks and dead cats.

> The ambulance comes crashing into my **daydreams...**
> **reminding me of the way it used to be**
> how good it used to be
> **how good it used to feel**
> **hacksaws jimmying for position**
> **the crack of bat against bone**
> **the smell of burning rubber**
> **broken glass,** blood, **mud slicks**, slag heaps
> blistering fevers, fly traps
> delirium
> slot machines, submachine guns

## CLAIMS RELATED TO PLAINTIFFS' COPYRIGHTED WORK

23.     ERD describes itself as follows: Unisex label Enfants Riches Déprimés is the luxury brand of artist and designer Henri Alexander Levy. His self-described 'elitist, nihlistic couture' proposes an unflinching collision of louche first-wave punk attitude and deconstructionist garment design, resulting in one of the most bitter pills available among the contemporary fashion pharmacopoeia.

24.     Grailed is an online clothing and apparel retailer and marketplace that claims to offer "authenticated pieces from the world's top brands." Grailed affirms on its commercial website, "www.grailed.com," that it "assess[es] listings before they hit the feed" using a team of "human moderators" who are the "driving force behind [its] authentication strategy."

25.     ERD is listed designer and seller on Grailed's website, with more than 1,000 active product listings. Grailed's website features a page dedicated to ERD and promoting their products to customers.

26.     On information and belief, Plaintiffs allege that following Plaintiffs' widespread dissemination of the Subject Photographs and Subject Lyrics as described above, Defendants, and each of them, created, sold, manufactured, caused to be manufactured, imported and/or distributed garments incorporating, in whole or imported, the Subject Photographs and Subject Lyrics ("Offending Products"). The

Offending Products are displayed, offered for sale, and sold on Grailed's website and are sold under ERD's name and bear labels and tags displaying "Enfants Riches Deprimes" and "ERD," indicating they were manufactured by or for ERD. True and correct screen captures of the Offending Products are depicted below:





### ERD T-Shirt



### ERD Wool Shirt





27.    A true and correct comparison of exemplars of the Offending Products with corresponding exemplars of the Subject Lyrics and Subject Photographs (collectively, "Subject Works") is depicted below:

| Offending Products Exemplar | Subject Works |
|---|---|
|  | The ambulance comes crashing into my **daydreams...** **reminding me of the way it used to be** how good it used to be **how good it used to feel** |



**hacksaws jimmying for position**
**the crack of bat against bone**





RECOGNITION ■ CARCINOGENIC HALLUCINATIONS ...

==recognition.==
==Carcinogenic hallucinations==,
terminations.
Where all the killers are heroes, I'm the
Queen of cripples, one armed bandits,
one eyed jacks and dead cats.


The ambulance comes crashing into my
==daydreams...==
==reminding me of the way it used to be==
how good it used to be
==how good it used to feel==
==hacksaws jimmying for position==
==the crack of bat against bone==
==the smell of burning rubber==
==broken glass, blood==, ==mud slicks==, slag
heaps

DAYDREAMS REMINDING ME OF THE WAY IT USED TO BE ...
HOW GOOD IT USED TO FEEL ... HACKSAWS JIMMYING FOR
POSITION ... THE CRACK OF BAT AGAINST BONE ■ THE SMELL
OF BURNING RUBBER, BROKEN GLASS, BLOOD, MUDSLICKS.





1

2

3

4

5

6

7

8

9

10

11

12

13

14





15

16

17

18



**They outlawed everything that spelled pleasure.**
**Didn't want you to even think about it.**
**Wanted you to forget everything about how good it felt.**

19

20

21    28.    The above comparison demonstrates that the images and lyrics

22  appearing on the Offending Products are strikingly similar, if not virtually identical,

23  to the Subject Photographs and Subject Lyrics.

24    29.    On information and belief, ERD has sold the above Offending Products

25  on its website and to retailers including Defendants GRAILED who have in turn sold

26  Offending Products to the public.

27    30.    Defendants have made unauthorized uses and displays of the Artwork in

28  connection with the advertising and sales Offending Products by, without limitation,

displaying the Offending Products on their respective websites and social media accounts as shown below.

31.    At no point have Lunch or Kern in any way authorized Defendants, or any of them, to exploit the Subject Works as described herein.

32.    The Subject Lyrics were routinely published, distributed, and displayed with accreditation to Lunch as the author and owner, including on the album sleeves, CD booklets, and other packaging for *Stinkfist*.

33.    The Subject Photographs were routinely published, distributed, and displayed with accreditation to Kern as the author and owner, including through sale of products bearing the Subject Photographs on Kern's website, "www.richardkern.com," and in public exhibitions and articles.

34.    Exemplars of the Subject Works being displayed with accreditation information are depicted below



**Subject Lyrics with Accreditation**

## Subject Photographs with Accreditation



18

COMPLAINT





**RICHARD KERN "NEW YORK GIRLS REVISITED" EXHIBITION AT MARLBOROUGH BROOME, NEW YORK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIRST CLAIM FOR RELIEF**

(For Copyright Infringement – Plaintiffs Against All Defendants, and Each)

35.    Plaintiffs repeat, reallege and incorporate herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

36.    On information and belief, Defendants had access to the Subject Photographs through the widespread release of the film *Submit to Me Now* which was released for sale on the following products: *Hardcore Vol. 2* (VHS 1992), *The Hardcore Collection* (DVD 1999), the *Hardcore Collection Re-mastered* (Blu-ray 2012). The Artwork was also published in the following art book publications: *Richard Kern New York Girls* (1995)*, XXGirls* (1996), *New York Girls* (1997), *Kern Noir* (2002), and *New York Girls 20th Anniversary* (2015). These films and books were all released and published prior to the infringement at issue. Access is further established because the images on the Offending Products are virtually identical to the Subject Photographs.

37.    On information and belief, Defendants had access to the Subject Lyrics through the widespread release of *Stinkfist* and *Meltdown Oratorio*, including multiple physical releases and streaming on popular platforms including YouTube, Spotify, and Amazon. *Stinkfist* and *Meltdown Oratorio* were both released prior to the infringements at issue. Access is further evidenced by the Subject Lyrics exact reproduction on the Offending Products.

38.    Plaintiffs are informed and believe and thereon allege that one or more of the Defendants manufacture garments and/or are garment vendors. Plaintiffs are further informed and believes and thereon alleges that said Defendants, and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied Offending Products to said retailers, which garments infringed the Subject Works in that said garments feature unauthorized artwork that was identical or substantially similar to the Subject Works, or were illegal modifications thereof.

39.     Plaintiffs are informed and believe and thereon allege that Defendants, and each of them, infringed Plaintiffs' copyrights by creating, making and/or developing directly infringing and/or derivative works from the Subject Works and by producing, distributing and/or selling Offending Products, and displaying images of same, through a nationwide network of retail stores, catalogues, and through on-line platforms.

40.     Due to the aforementioned Defendants', and each of their, acts of infringement, Plaintiffs have suffered damages in an amount to be established at trial.

41.     Defendants, and each of them, have obtained direct and/or indirect profits from their infringement of the Subject Works as alleged herein. As such, Plaintiffs are entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of her rights in the Artwork in an amount to be established at trial.

42.     Plaintiffs are informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiffs' rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement – Plaintiffs Against All Defendants, and Each)

43.     Plaintiffs repeat, reallege and incorporate herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

44.     Plaintiffs are informed and believes and thereon allege that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and distribution of the Subject Works as alleged hereinabove.

45.     Plaintiffs are informed and believe and thereon allege that Defendants, and each of them, are vicariously liable for the infringement alleged herein because

they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct, including by their ability to direct and/or control the manufacture, distribution, sale, and resale of the Offending Products and profiting from same.

46. By reason of Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiffs have suffered and will continue to suffer substantial damages in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

47. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Kern's rights in the Artwork. As such, Kern is entitled to disgorgement of Defendants' profits directly and indirectly attributable to their infringement of her rights in the Artwork, in an amount to be established at trial.

48. Plaintiffs are informed and believe and thereon allege that Defendants, and each of their, conduct as alleged herein was willful, reckless, and/or with knowledge, subjecting Defendants, and each of them to enhanced statutory damages and/or a preclusion from deducting certain overhead when calculating disgorgeable profits.

## THIRD CLAIM FOR RELIEF

(For Violations of 17 U.S.C. §1202 – Plaintiffs Against all Defendants, and Each)

49. Plaintiffs repeat, re-allege, and incorporate herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

50. The Subject Works were routinely published with copyright management information ("CMI"), as that phrase is used in 17 USC § 1202. Plaintiffs' CMI included, without limitation, their names, a copyright notice symbol, and other indicia of authorship and attribution information.

51.     On information and belief, Plaintiffs allege that Defendants, and each of them, intentionally removed their CMI in violation of 17 USC § 1202(b) before copying, reproducing, distributing, and displaying the Subject Works on Defendants websites and on the Offending Products. Defendants failed to publish the Subject Works with proper indicia of authorship and removed or hid CMI which would indicate Plaintiffs' ownership and authorship of the Subject Works.

52.     On information and belief, Plaintiffs allege that Defendants, and each of them, did distribute, published, and otherwise publicly display copies of Subject Works knowing that copyright management information has been removed or altered without authority of Plaintiffs or the law, knowing, or, with respect to civil remedies under 17 USC § 1203, having reasonable grounds to know, that it will induce, enable, facilitate, or conceal an infringement of any right under this title.

53.     On information and belief, Plaintiffs alleges that Defendants, and each of them, in violation of 17 USC § 1202(a), knowingly and with the intent to induce, enable, facilitate, or conceal infringement provided false copyright management information when they added their own logos and names, bylines, and attribution to the Subject Works within the Offending Products and on Defendants' websites.

54.     On information and belief, Plaintiffs allege that Defendants, and each of them knew that they were providing false copyright management information to their copies of the Subject Works and distributing copyright management information that was false at the time it distributed its unauthorized copies of the Subject Works.

55.     Due to Defendants acts of infringement, as alleged herein, Plaintiffs have suffered and will seek to recover general and special damages in an amount to be established at trial, and/or statutory damages and attorneys' fees as provided in 17 USC § 1203.

///

///

///

## **PRAYER FOR RELIEF**

Wherefore, Plaintiffs prays for judgment as follows:

    a. That Defendants, and each of them, and their respective agents and servants be enjoined from displaying, importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiffs' copyright in the Subject Works;

    b. That Defendants, and each of them, and their respective agents and servants be enjoined from using or displaying the Subject Works in any manner.

    c. That Plaintiffs be awarded all direct and indirect profits of Defendants, and each of them, plus all losses of Plaintiffs, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq., and § 1202 et seq.;

    d. That Plaintiffs be awarded their attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq, and § 1203 et seq.;

    e. That Plaintiffs each be awarded pre-judgment interest as allowed by law;

    f. That Plaintiffs each be awarded the costs of this action; and

    g. That Plaintiffs each be awarded such further legal and equitable relief as the Court deems proper.

Plaintiffs demand a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.


Dated: September 21, 2023                    DONIGER/BURROUGHS

                               By:  /s/ *Scott Alan Burroughs*
                                   Scott Alan Burroughs
                                   Frank R. Trechsel
                                   *Attorneys for Plaintiff*